Allen ZIEGLER, Raymond Ziegler and West Coast Supply Company, Appellants, v. Clinton P. ANDERSON, Secretary of Agriculture, Appellee.

No. 11491.

Circuit Court of Appeals, Ninth Circuit.

June 16, 1947.

Lazarus & Horgan and Patrick D. Horgan, all of Los Angeles, Cal., for appellant.

William E. Remy, David London, Albert M. Dreyer, and Rose Mary W. Filipowicz, all of Washington, D. C., William B. Wetherall, of San Francisco, Cal., Wadich Shibley, of Los Angeles, Cal., George H. Layman, and J. J. Schalet, both of Washington, D. C., and Francis E. Harrington, of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS and STEPHENS, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

MERRIMAC TRADING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9346.

Circuit Court of Appeals, Third Circuit.

Argued April 22, 1947.

Decided April 23, 1947.

Frank J. Albus, of Washington, D. C., for petitioner.

Louise Foster, Tax Division, Dept. of Justice, of Washington, D. C. (Sewall Key, Acting Asst. Atty. Gen., and A. F. Prescott, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before MARIS, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

For the reasons stated in the supplemental opinion of Judge Opper, 7 T.C. —, the decision of the Tax Court will be affirmed.